## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **OGONTZ FIRE COMPANY, et al.**<br><br>　　　　**Plaintiffs,**<br><br>　　　　**v.**<br><br>**CHELTENHAM TOWNSHIP, et al.**<br><br>　　　　**Defendants.** | **CIVIL ACTION NO.  23-569** |

## ORDER

**AND NOW,** this 16th day of July 2025, upon consideration of Ogontz Fire's Motion to Dismiss the Township's Counterclaim and the responses thereto, it is hereby **ORDERED** that the Motion to Dismiss [Doc. No. 26] is **GRANTED**. The Township's Counterclaim for Indemnification is **DISMISSED with prejudice**.

It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　/s/ Cynthia M. Rufe

　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**